IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANNY LEE**                                                                                       **PLAINTIFF**

V.                                          4:07CV00454JMM

**NUCOR-YAMATO STEEL COMPANY, L.L.P.;**
**NUCOR CORPORATION**                                              **DEFENDANTS**

### ORDER

After consideration of the motions to admit counsel Ann Wiggins and Susan Donahue pro hac vice, and it appearing to the Court that Ms. Wiggins and Ms. Donahue meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motions, docket #'s 2 and 3, should be, and hereby are, GRANTED.

SIGNED this 16th day of May, 2007.

_____
James M. Moody
United States District Judge