# EXHIBIT 1

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
EDWARD McF. JOHNSON

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

*LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
SUSAN DONAHUE
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
ETHAN R. DETTLING
JAMES V. DOYLE, JR.
RACHEL LEE McGINLEY
DANIEL E. ARCINIEGAS
JACOB A. KISER

CANDIS A. McGOWAN
ELIZABETH B. PANTAZIS
OF COUNSEL
*Not Licensed in Alabama

July 10, 2008

VIA E-MAIL AND U.S. MAIL

Mr. Micah Heilbrun
Mr. Trey Wood
Alaniz & Schraeder, LLP
2500 City West Boulevard
Suite 1000
Houston, Texas 77042

    Re:    *Danny Lee v. Nucor Yamato Steel Company LLP & Nucor Corporation*

Dear Trey and Micah:

    Attached are the deposition notices for Rick Ramsdell and Sigmund Penkunas for July 23 and 24, 2008, in Blytheville, Arkansas, as we have discussed. You have indicated that you will be deposing John Bennett and Michael Hooks on July 25, but I have not yet received deposition notices for their depositions. Please send notices of these depositions in a timely way so that I can confirm that you will be taking these depositions.

    Additionally, I sent you a 30(b)(6) deposition notice in this case on July 1, 2008. Please let me know who your witness or witnesses are going to be regarding this notice. If these topics require additional witnesses beyond Mr. Ramsdell and Mr. Penkunas, I need to know that immediately so that we can make arrangements for depositions of any other witnesses that may be required pursuant to our 30(b)(6) deposition notice.

    Thank you in advance for your cooperation in this matter.

               Cordially,

               Susan Donahue