IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY LEE                                                                                          PLAINTIFF

V.                              CASE NO. 3:07CV00098 BSM

NUCOR-YAMATO STEEL COMPANY;
NUCOR CORPORATION                                                                  DEFENDANTS

## ORDER

Nate Coulter has moved, without objection, for the court to grant admission pro hac vice to Robert L. Wiggins, Jr. [Doc. # 40]. For good cause and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Motion for Admission Pro Hac Vice is granted. Robert L. Wiggins, Jr., is hereby permitted to appear and participate in the action as counsel for the plaintiff.

IT IS SO ORDERED this 3rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE