UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

3:07 CV 00098 BSM

Danny Lee;
Jonathan Lee Riches, movant;
Lionel Messi, movant;
Sheila Taormina, movant
v.
Nucor-Yamato Steel Company LLP,
Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 1 3 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Motion For Reconsideration & Clarification
Motion to Intervene as Plaintiffs under Fed. R. Civ. P. rule 24(A)2, 24(B)
Motion for Brief of Amicus Curiae, Friend of the Court

Comes now, the Intervenors, movants, Lionel Messi, Sheila Taormina, Jonathan Lee Riches, moves this court to intervene in this case as Plaintiffs under Fed. R. Civ. P rule 24(A)2 - as a unconditional matter of right. Zuber v. Allen, under rule 24 (B) - permissive Intervention Nevilles v. EEOC, and moves under a Brief of Amicus Curiae, Friend of the court, we have a common vested interest in this case to support Danny Lee. our Intervention brings Questions of Laws and facts that are common in this action. we have documents, exhibits related to this case.

Movants move for a motion for reconsideration, En banc to allow Intervention to bring newly discovered evidence to this case. Movants can be reached or contacted at the below Addresses. As Intervenors Pray this court will grant their motions for relief.

respectfully,

Lionel Messi
Sheila Taormina
3376 30th St.
San diego, CA 92104
619 297-4444

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590
843-387-9400

1-5-09

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Eastern District of Arkansas
Clerk of Court
Fed. Building
615 S. Main St.
Jonesboro, Arkansas 72401

Special Mail