IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY LEE                                                                                          PLAINTIFF

v.                              CASE NO.  3:07CV00098 BSM

NUCOR-YAMATO STEEL COMPANY LLP
and NUCOR CORPORATION                                                                DEFENDANTS

# ORDER

Pending before the court are movant Jonathan Lee Riches's Motion for Reconsideration, to Intervene, and for Leave to File *Amicus Curiae* Brief [Doc. No. 44] and defendants' Motion to Dismiss the Non-party Motion to Intervene [Doc. No. 46].

Mr. Jonathan Lee Riches, an inmate at FCI Williamsburg, South Carolina, is notorious for filing frivolous cases and motions.[1] In the Eastern and Western Districts of Arkansas, Mr. Riches has filed two frivolous cases and five frivolous motions to intervene. Accordingly, the Clerk of the Court is directed to no longer accept any filings from Mr. Jonathan Lee Riches, in any case, without approval from the Court.

Accordingly, defendants' Motion to Dismiss the Non-party Motion to Intervene is granted and movant Jonathan Lee Riches's Motion for Reconsideration, to Intervene, and for Leave to File *Amicus Curiae* Brief is STRUCK from the record.

---

[1] Mr. Riches has filed 605 cases in South Carolina alone. See *Ed Schmidt Pontiac-GMC Truck, Inc. v. Chrysler Motors Co.*, No. 3:04-CV-7621, 2008 WL 4925775 (N.D. Ohio Nov. 4, 2008) (finding that Mr. Riches "has filed over 1,000 lawsuits since January 6, 2006").

IT IS SO ORDERED this 26th day of January, 2009.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE