**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DANNY LEE**                                                                                      **PLAINTIFF**

v.                            **CASE NO. 3:07-CV-00098 BSM**

**NUCOR CORPORATION and NUCOR-**
**YAMATO STEEL COMPANY, L.P.**                                          **DEFENDANT**

## ORDER

The motion to exclude deposition excerpts filed by defendants Nucor Corporation and Nucor-Yamato Steel [Doc. No. 102] is denied without prejudice pending the resolution of the case of *Bennett v. Nucor*, Case No. 3:04-CV-00291-SWW, which is on appeal.

IT IS SO ORDERED this 30th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE