IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DANNY LEE**                                                                             **PLAINTIFF**

**v.**                                **CASE NO. 3:07CV00098 BSM**

**NUCOR-YAMATO STEEL COMPANY LP
AND NUCOR CORPORATION**                                   **DEFENDANTS**

## ORDER

As addressed in the April 4, 2013, pretrial conference, the rulings on defendants' objections to plaintiff's pretrial disclosures [Doc. No. 100] are as follows:

Witnesses

Objections are moot.

Exhibits

1. Sustained.

3. Sustained.

18. Overruled.

19. Overruled.

21. Overruled

22-25. Overruled.

27. Overruled

29-63. Items identified may be used for cross examination. Final ruling withheld.

64. Sustained.

65-70. Overruled.

71-72.   Sustained.  Plaintiff will not call.

77.   Overruled.

79.   Sustained.  Plaintiff will not call.

81-102.   Sustained.  Plaintiff will not use.

103-104.   Sustained.  Plaintiff will not use.

105-107.   Sustained.  Plaintiff will not use.

108.   Sustained.  Plaintiff will not use.

110-111.   Withhold ruling.

113.   Withhold ruling.  Plaintiff does not plan to use.

114.   Withhold ruling.  Plaintiff will not use.

115.   Withhold ruling.  Plaintiff will designate and defendants will file objections and counter designations.

117.   Sustained as to demographic information except to departments or areas in which plaintiff was assigned or worked.  Overruled as to remaining objections.

119.   Withhold ruling.  No video.

120-124.   Same ruling as 117.

125.   Withhold ruling.

126-129.   Same ruling as 117.

130-134.   Sustained.

135.   Overruled.

136.   Sustained.

137-140.   Sustained.

141.   Sustained.

142.   Sustained.

143-145.   Sustained.

146-149.   Overruled.

154-158.   Overruled.

159-160.   Overruled.

161.   Overruled.

162.   Sustained.

163.   Sustained.

164.   Sustained.

165.   Sustained.

166.   Sustained unless witness testimony ties it together.

167.   Sustained.

168.   Sustained.

169.   Sustained.

170.   Sustained.

171-176.   Sustained.

Entered this 5th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE