**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DANNY LEE**                                                             **PLAINTIFF**

**v.**                            **CASE NO. 3:07CV00098 BSM**

**NUCOR-YAMATO STEEL COMPANY LP**
**AND NUCOR CORPORATION**                                    **DEFENDANTS**

## ORDER

As addressed in the April 4, 2013, pretrial conference, the rulings on plaintiff's

objections to defendants' pretrial disclosures [Doc. No. 105] are as follows:

Paragraph 11(a)

Overruled.

Paragraph 11(b)

1.     Overruled.

2.     Overruled.

Paragraph 11(c)

1.     Overruled.

2.     Overruled.

3.     Overruled.

4.     Overruled.

5.     Overruled

6.     Overruled.

7.     Overruled.

8.      Overruled.

9.      Overruled.

Paragraph 11(d)

Overruled.

Paragraph 11(e)

Overruled.

Paragraph 11(f)

Overruled.

Paragraph 11(g)

Overruled.  May be used to impeach.

Paragraph 11(h)

Sustained.

Paragraph 11(i)

Overruled.

Paragraph 11(j)

Overruled.

Paragraph 11(k)

Overruled.

Paragraph 11(m)

Overruled.

Paragraph 11(n)

Overruled.

Paragraph 11(o)

Overruled.

Paragraph 11(p)

Overruled.

Paragraph 11(q)

Overruled.

Paragraph 11(r)-(s)

Overruled.  May be used to impeach.

Paragraph 11(u)

Overruled.

Entered this 5th day of April, 2013.


_____
UNITED STATES DISTRICT JUDGE