# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DANNY LEE**                                                                                                **PLAINTIFF**

v.                         **CASE NO. 3:07CV00098 BSM**

**NUCOR-YAMATO STEEL COMPANY, et al.**                     **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on April 18, 2013, following five days of trial, in favor of defendants Nucor-Yamato Steel Company LLP and Nucor Corporation;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for defendants Nucor-Yamato Steel Company LLP and Nucor Corporation and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 23rd day of April 2013.

_____
UNITED STATES DISTRICT JUDGE